AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
| v. | ) |
| REGINAL EARL WILLIAMS | ) Case No: 07-00337-001 |
| | ) USM No: 10098-003 |
| Date of Original Judgment: 07/25/2008 | ) |
| Date of Previous Amended Judgment: | ) D. E. Brutkiewicz, Jr. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   57   months **is reduced to**   46 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/25/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/13/2011              /s/ Callie V. S. Granade
                                      *Judge's signature*

Effective Date:                       United States District Judge
*(if different from order date)*      *Printed name and title*